UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUNTER, ET A.,

                    Plaintiffs,

          v.

OAKLAND SCHOOL FOR THE ARTS,
ET AL.,

                    Defendants.

Case No. 16-cv-5500-SI  (SI)

**PRETRIAL PREPARATION ORDER
(CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 16, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the
conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 15, 2017.

DESIGNATION OF EXPERTS: 2/23/18; REBUTTAL: 3/6/18;
          Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 30, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 5, 2018;
          Opp. Due: January 19, 2018; Reply Due: January 26, 2018;
          and set for hearing no later than February 9, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 17, 2018 at 3:30 PM.

JURY TRIAL DATE: May 7, 2018 at 8:30 AM.
          Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Initial disclosures are being exchanged.  Counsel shall be prepared to discuss what ADR
process that they will be willing to participate in at the next case management conference.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated:   3/20/17

_____
SUSAN ILLSTON
United States District Judge