ARTHUR W. LAZEAR (STATE BAR NO. 083603)
MORGAN M. MACK (STATE BAR NO. 212659)
LAZEAR MACK
436 14th Street #1117
Oakland, California 94612
Telephone:   (510) 735-6316
Facsimile:   (510) 545-4226
arthur@lazearmack.com
morgan@lazearmack.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor, by CHERYLL HUNTER, as her guardian ad litem,<br><br>    Plaintiff,<br><br>v.<br><br>OAKLAND SCHOOL FOR THE ARTS, OAKLAND UNIFIED SCHOOL DISTRICT, OUSD OFFICE OF CHARTER SCHOOLS, OAKLAND BOARD OF EDUCATION and DOES 1- 10<br><br>    Defendants. | Case No. 3:16-cv-05500-SI<br><br>**STIPULATED ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS OAKLAND UNIFIED SCHOOL DISTRICT, OUSD OFFICE OF CHARTER SCHOOLS and OAKLAND BOARD OF EDUCATION** |

Plaintiff, I.H., by CHERYLL HUNTER, as her guardian ad litem ("Plaintiff"), and Defendants Oakland Unified School District, OUSD Office of Charter Schools, and Oakland Board of Education ("Stipulating Defendants"), having been represented by counsel, and acting by and through said counsel, agree to entry of this Stipulated Order for Voluntary Dismissal of Defendants Oakland Unified School District, OUSD Office of Charter Schools, and Oakland Board of Education ("Order").

Dated: 25 MAY 2017

ARTHUR W. LAZEAR
MORGAN M. MACK
Lazear Mack

By: [signature]
ARTHUR W. LAZEAR
MORGAN M. MACK
Attorneys for Plaintiff

Dated: May 25 2017

MARK DAVIS
PATRICK MALLOY
Davis & Young

By: /s/ Patrick Malloy
PATRICK MALLOY
Attorney for Defendants Oakland Unified School District, OUSD Office of Charter Schools, and Oakland Board of Education

Dated: 5-25-17

ARA S. ALIKIAN
MICHAEL BRUNO
Gordon & Rees

By: [signature] A
RA S. ALIKIAN
Attorney for Oakland School for the Arts

**ORDER**

NOW THEREFORE, the Plaintiff and Stipulating Defendants, having requested the Court to enter this Order, and the Court having considered the Order reached between the parties, **IT IS HEREBY ORDERED,** as follows:

1. Defendants Oakland Unified School District, OUSD Office of Charter Schools, and Oakland Board of Education are voluntarily dismissed, without prejudice, as defendants in this action; and

2. Each party shall bear their own costs and attorney's fees incurred in this action.

**IT IS SO ORDERED.**

Dated: May 25, 2017

_____
Hon. Susan Illston
United States District Court Judge

# CERTIFICATE OF SERVICE FORM
# FOR ELECTRONIC FILINGS

I hereby certify that on Thursday, May 25, 2017 I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Ara S. Alikian
Michael D. Bruno
Gordon & Rees
275 Battery Street Ste 2000
San Francisco, CA 94111
aalikian@gordonrees.com
mbruno@gordonrees.com
Attorney for Defendant Oakland School for the Arts

Mark Davis
Patrick Malloy
Davis & Young, APLC
1960 The Alameda, Suite 210
San Jose, CA 95126
MDavis@davisyounglaw.com
PMalloy@davisyounglaw.com

Dated: 25 May 2017                             **Lazear Mack LLP**

                                               /s/ Blake Morrow
                                               Blake Morrow